ANNA COURTNEY, ADMINISTRATRIX AD PROSEQUENDUM, ETC., RESPONDENT, v. PUBLIC SERVICE RAILWAY COMPANY, APPELLANT.

Submitted March 27, 1922—Decided June 19, 1922.

On appeal from the Supreme Court, whose opinion is reported in 96 *N. J. L.* 308.

For the respondent, *Alexander Simpson.*

For the appellant, *Lefferts S. Hoffman.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Gummere, in the Supreme Court.

*For affirmance*—THE CHANCELLOR, SWAYZE, TRENCHARD, BERGEN, MINTURN, BLACK, KATZENBACH, WHITE, HEPPEN-HEIMER, WILLIAMS, GARDNER, ACKERSON, VAN BUSKIRK, JJ.   13.

*For reversal*—None.